# *EXHIBIT J*



Freddie Mac Confidential Information

Freddie Mac
Single Family Quality Control
1551 Park Run Drive
McLean, VA 22102-3110

*This letter agreement, any attached documents, and our related discussions and correspondence, contain Confidential Information of Freddie Mac (e.g., borrower information) that you have agreed to keep secure and confidential, and to protect against unauthorized access and/or use.  Please refer to Sections 1201.8a and 8101.8 of the Freddie Mac Single-Family Seller/Servicer Guide (the "Guide"), and any other written confidentiality or non-disclosure agreements between our companies for additional details.*

April 3, 2024

Ty Miller
Vice President
ONSLOW BAY FINANCIAL, LLC
1211 Ave of the Americas
New York, NY 10036

RE:    Seller/Servicer #:
       Contract #:
       Funding Date:          February 26, 2021
       Freddie Mac Loan #:
       Seller/Servicer Loan #:     16
       Property Location:     BIG BEAR, CA 92315-0000
       Master Agreement #:
       Master Commitment #:

Dear Mr. Miller:

Freddie Mac has determined that the mortgage(s) do not comply with our requirements and must be repurchased pursuant to Section 3602.2 of the Guide. Attached is an explanation of why the mortgage(s) do not meet Freddie Mac's requirements.

If you are not servicing the mortgage(s), you must arrange for the current Servicer to remit the repurchase proceeds to Freddie Mac.  Please contact the Servicer to obtain the repurchase amount, including all fees associated with the payoff of the Mortgages, and then remit the repurchase amount to the Servicer.  The Servicer will then remit these payments to Freddie Mac as described below.

Repurchase of the Mortgage(s) must be completed on or before June 2, 2024. The repurchase procedures to be followed are determined by the status of the Mortgage, and are stated in full in Section 8303.14 of the Single-Family Seller/Servicer Guide (the Guide), and summarized as follows:

*Active Mortgages: Repurchases of active Mortgages are reported through the repurchase Loan Level Transaction to Freddie Mac
via automated means using Service Loans Application. The repurchase funds must be remitted to Freddie Mac via our on-line automated cash remittance system
by which you make your regular monthly remittances.

*Inactive Mortgages: Repurchases of inactive Mortgages are reported as payoff Mortgage repurchases.
The repurchase funds must be remitted to Freddie Mac via our on-line automated cash remittance system described above.

If the mortgage status is Real Estate Owned (REO) or REO make whole, you may order a loss statement through Quality Control Advisor.  Please note that Freddie Mac initiates and continues to market all REO properties until all repurchase funds have been received.  Therefore, Freddie Mac may accept contracts and/or sell the

Freddie Mac Confidential Information

Ty Miller
Page: 2
Date: April 3, 2024

Funding Date: February 26, 2021
Freddie Mac Loan #: ▇▇▇▇▇▇▇

property pending completion of the repurchase.  All marketing efforts and contract negotiations are at the sole discretion of Freddie Mac until the repurchase funds have been received.  Funds must be remitted as follows:

      \*      Real Estate Owned (REO):    Wire to: JP Morgan Chase



      NOTE:  If the status of the Mortgage changes at any time prior to the actual repurchase, you should follow the procedures outlined above for the appropriate status at the time the repurchase funds are remitted.

Should you have any questions regarding the repurchase procedure, please refer to Section 8303.14 of the Guide, or call Freddie Mac's 1-800-FREDDIE Customer Service Line. You will be asked for your Seller/Servicer number.

If you have facts that you believe demonstrate that the mortgage(s) complies with Freddie Mac's requirements, you may upload them to Quality Control Advisor (QCA) on or before the repurchase due date indicated above. In accordance with the requirements of Section 3602.8 of the Guide, the appeal submission must (i) include a statement of all relevant facts, (ii) explain why the repurchase request should be rescinded, (iii) include any necessary supporting documentation, and (iv) be received within the specified timeframe.  The first appeal must be received within 60 days of the date of this letter, as required by Guide Section 3602.8. If a first appeal is not received within the 60-day period, you will have no further right to challenge such Repurchase Demand and will not be able to avail yourself of the Impasse, Management Escalation, or Independent Dispute Resolution (IDR) Process.

You are reminded that if you repurchase a Mortgage loan that was modified under HAMP, you are obligated to comply with any and all legal obligations created with the borrower in connection with the modification of the loan, including, without limitation, any legal obligation to pay the borrower an earned performance incentive.

Thank you for your prompt attention to this matter.

Sincerely,

Stephen Eiring
Underwriter, Quality Control
(571) 382-5603
stephen_eiring@freddiemac.com

Ty Miller
Page: 3
Date: April 3, 2024

Freddie Mac Confidential Information
Funding Date: February 26, 2021
Freddie Mac Loan #: ██████

LTV:  80.000%
Mortgage Purpose:  Second Home
S/S Loan Number: ████████16
Note Date:  February 11, 2021

THIS LOAN WAS UNDERWRITTEN TO THE TERMS AND CONDITIONS OF THE FREDDIE MAC
PURCHASE DOCUMENTS INCLUDING MASTER AGREEMENT AND/OR COMMITMENT #
REFERENCED ABOVE.

DOCUMENTATION - MISREPRESENTATION
The documentation in the loan file was misrepresented.
The subject loan file contains documents that contain an electronic signature of the Borrower.  Freddie Mac's
Fraud Investigation unit determined the IP Address traced to a location in Tustin, CA and confirmed the
Borrower did not e-sign the documents containing the Borrower's signature.

CAPACITY - MISREPRESENTATION
The Borrower's capacity to repay the subject mortgage and all other monthly obligations was not established
due to validated misrepresentation of the Borrower's income and/or employment.
The subject loan was submitted to Desktop Underwriter with $17,000.00 of qualifying monthly income
associated with the Borrower's employment with the employer with the initials of G.A.I.S. This income source
was documented via two paystubs and the W2's for 2018, 2019 and 2020. Freddie Mac performed additional
due diligence on the subject transaction and performed a re-verification of employment.  Freddie Mac contacted
the employer and the Borrower answered the phone and verified that they were the owner of the business.  The
Borrower misrepresented their employment by not indicating that they were self-employed.

Additional Red Flags:
Freddie Mac identified the additional following red flags which were not adequately addressed and/or resolved:
*Borrower has a family relationship to the individual who completed the verbal verification of employment and
stated that they were the owner of the business.  Loan file did not include the most recent two years of
individual federal tax returns.

Due to the multiple instances of confirmed fraudulent misrepresentation of the Borrower's income, employment
and documentation signatures, the submitted Desktop Underwriter findings are invalid. The Borrower's capacity
to repay the subject mortgage could not be established. The subject loan is not eligible for manual underwriting.
Additionally, Freddie Mac does not purchase transactions involving confirmed fraudulent misrepresentation.

MISSING DOCUMENTATION
The subject loan was missing the following documentation:
1)Executed purchase contract for the subject purchase transaction.

The subject loan is not eligible for sale to Freddie Mac.