UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage,
LLC,

                    Plaintiff(s),

v.                                                    Case No. 4:25–cv–14075–FKB–EAS
                                                      Hon. F. Kay Behm
Suzanne Fillerup,

                    Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Suzanne Fillerup

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties
and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT


                                        By: s/ M Chryczyk
                                            Deputy Clerk

Dated:   March 23, 2026