UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage,
LLC,

               Plaintiff(s),

v.                                  Case No. 4:25–cv–14075–FKB–EAS
                                  Hon. F. Kay Behm

Suzanne Fillerup,

               Defendant(s),

_____

### ORDER VACATING ORDER TO SHOW CAUSE

    The Court having issued an Order to Show Cause on 6/10/2026, and the appropriate action having been taken;

    IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

    SO ORDERED.

                                s/F. Kay Behm_____
                                F. Kay Behm
                                U.S. District Judge

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                       By: s/Kourtney E Collins_____
                              Case Manager

Dated:  June 24, 2026